IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RUDY E. TORRES,

        Plaintiff,

  vs.                                        No. CIV 10-1133 LFG

MICHAEL J. ASTRUE, Commissioner
of the Social Security Administration,

        Defendant.

## ORDER GRANTING APPLICATION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER comes before the Court on Plaintiff's Application to Proceed Without Prepayment of Fees [Doc. 3] pursuant to 28 U.S.C. § 1915. The Court considered the Affidavit and Application finds that the Application is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff Rudy E. Torres is authorized to proceed with prepayment of the filing fee, costs or security therefor.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

                                                        */s/ Lorenzo F. Garcia*
                                                        Lorenzo F. Garcia
                                                        United States Magistrate Judge