IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RUDY TORRES,**

        **Plaintiff,**

        No.  CIV 10-1133 WJ/LFG

**MICHAEL J. ASTRUE,**
**Commissioner of the**
**Social Security Administration,**

        **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court on the Magistrate Judge's *Report and Recommendation* ("R&R") [Doc. 21], filed November 2, 2011.  Objections were due within 14 days of service of the R&R, [see id. at 1 n.1], but none was filed.  The failure to file timely objections precludes factual or legal challenges.  See Cohen v. Longshore, 621 F.3d 1311, 1318 (10th Cir. 2010) (explaining "firm waiver rule," to which Tenth Circuit subscribes, failure to make timely objections to magistrate judge's findings or recommendations waives appellate review of both factual and legal questions).

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's *Report and Recommendation* ("R&R") [Doc. 21] is adopted by the Court, and this cause is dismissed with prejudice.

                                      _____
                                        United States District Judge